E-filed 3/27/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN SAFFINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HALSTED FINANCIAL LLC,<br><br>　　　　　Defendant. | Case No.16-cv-05723-HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 11 |

　　　　The court ordered the plaintiff to file a status report by February 17, 2017.  Dkt. No. 11. More than one month after this deadline, the court has not received any reports or updates from plaintiff.  In fact, plaintiff has not filed anything since January 2, 2017.  Accordingly, plaintiff's counsel shall appear before the court on April 18, 2017, at 10:00 AM, in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, and show cause why this case should not be dismissed for failure to prosecute.  **If plaintiff's counsel fails to appear, the court will dismiss this case for failure to prosecute.**

　　　　**IT IS SO ORDERED.**

Dated: 3/27/2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge