UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOREEN SAFFINGS,<br>　　　　Plaintiff,<br>　　v.<br>HALSTED FINANCIAL LLC,<br>　　　　Defendant. | Case No.  5:16-cv-05723-EJD<br><br>**JUDGMENT** |

Plaintiff's Motion for Default Judgment having been granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant in the total amount of $11,990.00.

**IT IS SO ORDERED.**

Dated:  July 13, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:16-cv-05723-EJD
JUDGMENT

1